# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

March 28, 2025

CL-2025-0019

Ex parte D.F. PETITION FOR WRIT OF MANDAMUS (In re:  In the matter of M.F.) (Blount Juvenile Court:  JU-23-406.01).

CL-2025-0020

Ex parte D.F. PETITION FOR WRIT OF MANDAMUS (In re:  In the matter of M.F.) (Blount Juvenile Court:  JU-23-406.02).

CL-2025-0021

Ex parte D.F. PETITION FOR WRIT OF MANDAMUS (In re:  In the matter of S.F.) (Blount Juvenile Court:  JU-23-407.01).

CL-2025-0022

Ex parte D.F. PETITION FOR WRIT OF MANDAMUS (In re:  In the matter of S.F.) (Blount Juvenile Court:  JU-23-407.02).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Seth P. Rhodebeck, Clerk